# Third District Court of Appeal

## State of Florida

Opinion filed October 10, 2014.

_____

No. 3D14-2444
Lower Tribunal No. 14-1337

_____

**L.V., a juvenile,**
Petitioner,

vs.

**The State of Florida, et al.,**
Repondent.


A Petition for Writ of Habeas Corpus from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

Carlos J. Martinez, Public Defender, and Billie Jan Goldstein, Assistant Public Defender, for petitioner.

Pamela Jo Bondi, Attorney General, and Jeffrey R. Geldens, Assistant Attorney General, for respondent.


Before SALTER, FERNANDEZ and SCALES, JJ.

PER CURIAM.

In light of the State's concession, we grant L.V.'s emergency petition for writ of habeas corpus, and order that L.V. be released from secure detention and returned to the custody of the Department of Children and Families. See Michaels v. Loftus, 139 So. 3d 324, 327 (Fla. 3d DCA 2014) ("The law requires a charge of direct criminal contempt to be proven beyond a reasonable doubt.").

This relief is granted without prejudice to further proceedings permitting the trial court to make additional findings that would support its conclusion. See, e.g., Woods v. State, 987 So. 2d 669, 677 (Fla. 2d DCA 2007) (reversing and remanding an order of criminal contempt because "[t]he trial court had to establish that Mr. Woods' statement, coupled with his actions, were intended to constitute an imminent threat to the administration of justice.").

Petition granted without prejudice.